SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff
LAMAR MYERS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMAR MYERS,<br><br>      Plaintiff,<br><br>vs.<br><br>PULP FICTION, INC.; JANE KELLEHER, TRUSTEE OF THE JANE KELLEHER TRUST; and DOES 1 to 10,<br><br>      Defendants. | **Case No.: 2:23-cv-08222-SVW (SKx)**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT PULP FICTION, INC.** |

**PLEASE TAKE NOTICE** that Plaintiff LAMAR MYERS ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses Defendant PULP FICTION, INC. ("Defendant") *without prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

(a) **Voluntary Dismissal.**

    (1) *Without a Court Order*. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

1          (i)     A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, Defendant may be dismissed without an Order of the Court.

DATED: March 14, 2024          SO. CAL. EQUAL ACCESS GROUP

By:     */s/ Jason J. Kim*
       Jason J. Kim
       Attorneys for Plaintiff

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT**