1 | **SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff, LAMAR MYERS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

LAMAR MYERS,

    Plaintiff,

vs.

PULP FICTION, INC.; JANE KELLEHER, TRUSTEE OF THE JANE KELLEHER TRUST; and DOES 1 to 10,

    Defendants.

Case No.: 2:23-cv-08222-SVW (SKx)

**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii) WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff LAMAR MYERS ("Plaintiff") and Defendant JANE KELLEHER, TRUSTEE OF THE JANE KELLEHER TRUST ("Defendant") stipulate and jointly request that this Court dismiss the above-captioned action, *without prejudice*, in its entirety. The parties shall each bear their own attorney's fees and costs.

Respectfully submitted,

DATED: March 18, 2024         SO. CAL. EQUAL ACCESS GROUP

By:  */s/  Jason J. Kim*
     Jason J. Kim
     Attorneys for Plaintiff

Dated: March 18, 2024         LAKHMAN & KASAMATSU, LLP

By:  */s/ Ann L. Lakhman*
     Ann L. Lakhman, Esq.
     Attorneys for Defendant
     JANE KELLEHER, TRUSTEE OF THE
     JANE KELLEHER TRUST

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: March 18, 2024         By: */s/ Jason J. Kim*
                                  Jason J. Kim